*G. F. Fielding,* for plaintiff.    *O. J. Coogler,* for defendant.

20001.    Gregory *v.* Citizens National Bank of Montezuma.

Bell, J.  While a justice's court, as well as all other courts, may disregard and ignore any judgment that is absolutely void, and may treat it as a nullity whenever and wherever it comes into question or is sought to be enforced, neither a justice of the peace nor the court over which he presides has authority to entertain a proceeding to set aside a verdict or judgment rendered in such court, and there is no jurisdiction in either to pass upon a petition having for its sole purpose the obtaining of a judgment declaring a former judgment of the justice's court to be null and void.  *Dalton City Co.* v. *Haddock,* 54 *Ga.* 584 (1); *Doughty* v. *Walker,* 54 *Ga.* 595; *Fontaine* v. *Bergen,* 55 *Ga.* 410 (1, 2); *Chapman* v. *Floyd,* 68 *Ga.* 455 (1); *Merry* v. *Wilds,* 100 *Ga.* 425 (2) (28 S. E. 444); *Bacon* v. *Jones,* 117 *Ga.* 497 (43 S. E. 689); *Mills* v. *Bell,* 136 *Ga.* 687 (71 S. E. 1120).  The petition for certiorari failed to show error, and the judge of the superior court properly refused to sanction the same.

*Judgment affirmed.   Jenkins, P. J., and Stephens, J., concur.*

Decided April 21, 1930.

*J. J. Bull & Son,* for plaintiff in error.
*John B. Guerry,* contra.